Certificate Number: 15317-PAE-DE-037937462

Bankruptcy Case Number: 19-14263



15317-PAE-DE-037937462

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 13, 2023, at 3:37 o'clock PM PST, Alicia A Senat completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 13, 2023           By:    /s/Anro Buscas

                                    Name:  Anro Buscas

                                    Title: Certified Credit Counselor