United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Alicia A Senat  
    Debtor

Case No. 19-14263-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Jul 18, 2024     Form ID: 138OBJ     Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alicia A Senat, 557 Lawrence Road, Havertown, PA 19083-2128 |
| 14647260 | + | Freedom Mortgage Corporation, C/O Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130 Mount Laurel, NJ 08054-1218 |
| 14647422 | + | Freedom Mortgage Corporation, c/o Mario Hanyon, Esq., Brock and Scott, PLLC, 302 Fellowship Road Ste 130, Mount Laurel, NJ 08054-1218 |
| 14380183 | | Freedom Mortgage Corporation, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14380421 | + | Freedom Mortgage Corporation, c/o Thomas Song, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd, Suite 1400, Philadelphia, PA 19103-1814 |
| 14352606 | + | Suntrust Bank/GreenSky, Attn: Bankruptcy, Po Box 29429, Atlanta, GA 30359-0429 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 19 2024 00:00:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 19 2024 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14352599 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 19 2024 00:20:46 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14371874 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 19 2024 00:06:31 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14352600 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 19 2024 00:00:00 | Catherines/Comenity, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14352602 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 19 2024 00:20:47 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14386361 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 19 2024 00:06:35 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14352603 | ^ | MEBN | Jul 18 2024 23:58:36 | Credit Management Control, Attn: Bankruptcy, Po Box 1654, Green Bay, WI 54305-1654 |
| 14352604 | | Email/Text: mrdiscen@discover.com | Jul 18 2024 23:59:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14355505 | | Email/Text: mrdiscen@discover.com | Jul 18 2024 23:59:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14556933 | ^ | MEBN | Jul 18 2024 23:58:10 | FREEDOM MORTGAGE CORPORATION, C/O |

Case 19-14263-amc   Doc 45   Filed 07/20/24   Entered 07/21/24 00:35:06   Desc Imaged
                          Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jul 18, 2024 | Form ID: 138OBJ | Total Noticed: 34 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14647261 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 19 2024 00:00:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14352605 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 19 2024 00:00:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, Po Box 50428, Indianapolis, IN 46250-0401 |
| 14557424 | ^ | MEBN | Jul 18 2024 23:58:10 | Freedom Mortgage Corporation, c/o KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14379453 | + | Email/Text: bankruptcy@greenskycredit.com | Jul 18 2024 23:59:00 | Greensky, LLC, 1797 North East Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 14352601 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 19 2024 00:20:46 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14363852 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 18 2024 23:59:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14386095 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 19 2024 00:05:27 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14383210 | | Email/Text: bnc-quantum@quantum3group.com | Jul 19 2024 00:00:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14352607 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 19 2024 00:06:28 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14352902 | ^ | MEBN | Jul 18 2024 23:58:14 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14352608 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 19 2024 00:06:31 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14352609 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 19 2024 00:05:27 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14352610 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 19 2024 00:06:30 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14352611 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 19 2024 00:05:22 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14352613 | | Email/Text: bankruptcy@td.com | Jul 19 2024 00:00:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 14386459 | + | Email/Text: bncmail@w-legal.com | Jul 19 2024 00:00:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14352612 | | Email/Text: bncmail@w-legal.com | Jul 19 2024 00:00:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 14647424 | *+ | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14364413 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14381370 | ##+ | TD Bank, N.A., c/o Schiller, Knapp,, Lefkowitz & Hertzel, LLP, 950 New Loudon Road, Latham, NY 12110-2190 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

District/off: 0313-2      User: admin      Page 3 of 3
Date Rcvd: Jul 18, 2024      Form ID: 138OBJ      Total Noticed: 34

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2024      Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com mmorris@pincuslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| MICHAEL SETH SCHWARTZ | on behalf of Debtor Alicia A Senat msbankruptcy@gmail.com schwartzmr87357@notify.bestcase.com |
| THOMAS SONG | on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*Form 138OBJ* (6/24)−doc 44 − 42

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>　Alicia A Senat<br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 19−14263−amc<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

　To all creditors and parties in interest, NOTICE IS GIVEN THAT:

　The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

　Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

　All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

　In the absence of any objection, the Court may enter the Order of Discharge.

Date: July 18, 2024

For The Court

Timothy B. McGrath
Clerk of Court